**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 25-264** |
| **VERSUS** | * | **SECTION: L** |
| **KENNETH OKEITH FRENCH, JR.**<br>**SHAJUAN TERMELL FRENCH** | * | |

**ORDER & REASONS**

Before the Court is a Motion to Produce Fed. R. Crim. P. 26.2 Statements filed by Kenneth French, R. Doc. 71. In his Motion, Kenneth French asks the Court to order the Government to produce the following statements:

1. Grand jury testimony unredacted as to the investigation steps preceding September 9, 2026;
2. All text messages of a testifying witness related to his testimony that were not previously disclosed by the Court's pretrial order; and
3. All recordings of internal radio communications involving LSP troopers or DEA agents related to the investigation, surveillance, and traffic stop on September 9, 2026

Kenneth French previously moved for disclosure of the above-mentioned grand jury testimony during the evidentiary hearing held on August 20, 2026, and the Court denied Kenneth French's request after finding that such testimony did not relate to the subject matter of the witnesses' testimony. During the same evidentiary hearing, the Court ordered the Government to produce text messages of the testifying witnesses related to their testimony. All such text messages have since been handed over to the Defendants. With respect to the radio recordings, the Government represents that it has provided all internal radio communications involving the September 9, 2026, traffic stop to the Defendants. R. Doc. 79 at 2. Accordingly;

**IT IS ORDERED** that the Motion to Produce Fed. R. Crim. P. 26.2 Statements is hereby **DENIED** as *moot*.

New Orleans, Louisiana, this 1st day of September, 2026.

THE HONORABLE ELDON E. FALLON